ORIGINAL

**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

FILED
FEB 7 2007
U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| R&D DYNAMICS CORPORATION<br>15 Barber Pond Road<br>Bloomfield, Connecticut 06002<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant | 07- 90 C<br><br>No.: |

**Rule 7.1 Disclosure Statement**

Pursuant to Court of Federal Claims Rule 7.1, counsel states to this court that the plaintiff has no parent corporation. No publicly-owned corporation owns 10% or more of the plaintiff's stock.

Respectfully submitted,

[signature]

William T. Welch
BARTON, BAKER, McMAHON & TOLLE, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, Virginia 22101
(703) 448-1810 (ex. 22) - Telephone
(703) 448-3336 - Facsimile
Attorney of Record