ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
FEB 7 2007
U.S. COURT OF FEDERAL CLAIMS

R&D DYNAMICS CORPORATION
15 Barber Pond Road
Bloomfield, Connecticut 06002

Plaintiff,

v.

UNITED STATES OF AMERICA

Defendant

No.: 07- 90 C

**MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL**

Pursuant to this Court's rules, Appendix C, Section III, the plaintiff in this case moves for leave to file its complaint under seal. This matter has previously been the subject of a GAO protest and many of the filings in that case were filed under a GAO protective order. As is routine for these matters coming into the Court of Federal Claims, the plaintiff's counsel requested of the GAO attorney advisor permission to carry forward GAO protected material into the Court of Federal Claims. A copy of this letter from GAO is attached as Exhibit 1.

In accordance with this letter from GAO, the plaintiff requests that the Complaint be filed under seal and that any information that may be subject to the GAO protective order contained therein be held under seal until such time as the Court enters a protective order covering this material. We have also included a redacted version of our complaint with this filing.

Respectfully submitted,

William T. Welch
BARTON, BAKER, McMAHON & TOLLE, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, Virginia 22101
(703) 448-1810 - Telephone
(703) 448-3336 – Facsimile
Attorney of Record

GAO
Accountability • Integrity • Reliability

United States Government Accountability Office
Washington, DC 20548

PLAINTIFF'S EXHIBIT 1

February 2, 2007

William T. Welch, Esq.
Barton, Baker, McMahon & Tolle, LLP

Vera Meza, Esq.
U.S. Army Materiel Command

**File No.:** B-298766
**Protester:** R&D Dynamics Corp.
**Solicitation No.:** SBIR Program Solicitation No. FY06.1.
**Agency:** Department of the Army

**NOTICE OF LIMITED LEAVE TO RELEASE PROTECTED INFORMATION TO A FEDERAL COURT**

This notice modifies the terms of the Government Accountability Office protective order issued September 8, 2006 in connection with the above-referenced protest. The protective order is modified as follows to allow counsel for R&D Dynamics Corp. (RDDC) to use protected material in a suit they intend to file in the United States Court of Federal Claims (COFC). The following restrictions apply:

1. Protected information obtained pursuant to GAO's protective order must be filed under Seal with the COFC, and counsel for RDDC must request that the Court issue a protective order to cover the information currently under the GAO protective order. Counsel for RDDC remains responsible for any release of information, inadvertent or otherwise, that may occur prior to the Court issuing a protective order covering all the currently protected information.

2. Use of information protected under the GAO protective order will be governed by the protective order issued by the Court. Counsel for RDDC must provide a copy of the Court's protective order to GAO upon issuance.

All terms of the GAO protective order not otherwise modified by this notice remain in effect.

Sharon L. Larkin

Sharon L. Larkin
Senior Attorney