# In the United States Court of Federal Claims

No. 07-90 C
(E-Filed: February 8, 2007)

R&D DYNAMICS CORPORATION

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is plaintiff's Motion for Leave to File Complaint Under Seal (motion). During a telephonic status conference held by the court on February 8, 2007, plaintiff indicated that it expected to file a motion for a protective order. In anticipation of that protective order, and based on the representations contained in the motion, plaintiff's motion is GRANTED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge