# In the United States Court of Federal Claims

No. 07-90 C
(E-Filed: February 8, 2007)

| | |
|---|---|
| R&D DYNAMICS CORPORATION | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court held a telephonic status conference on February 8, 2007 at 11:00 a.m. EST with plaintiff's counsel, Mr. William Welch, and defendant's counsel, Ms. Delisa Sanchez. Further to the status conference, the court provides the following directive concerning the content of the Administrative Record (AR) to be filed with the court and the schedule for subsequent briefing in accordance with Rule 52.1(b) of the Rules of the United States Court of Federal Claims (RCFC).[1]

1. As contemplated by RCFC 52.1(a), defendant shall, for the purpose of permitting the court to evaluate plaintiff's pending complaint, assemble, file, and serve upon opposing counsel on Wednesday, February 14, 2007 an AR to include all documents[2] related to (i) the preparation and/or promulgation by the United States Department of the Army (Army) of invitations to participate in its Small Business Innovation Research (SBIR)

---

[1]The parties shall, in accordance with U.S. Court of Federal Claims General Order No. 42A, Part I, ¶ 5, provide to chambers in paper form a courtesy copy of any document, which, including exhibits or attachments, would exceed 50 pages when printed.

[2]For purposes of this Order, the term "documents" shall include both paper and electronic documents. Electronic documents include documents created, transmitted, and/or stored in electronic form.

Program that relate to plaintiff's participation, and (ii) the Army's selection of participants in the SBIR program including, without limitation, all documents relating to the evaluation of submissions of plaintiff. It is not anticipated that submissions of participants in the SBIR program other than plaintiff will be included in the AR except to the extent included in the record of prior proceedings before the Government Accountability Office. Defendant shall file a statement that lists items (a) through (u) in Appendix C to Rule 22 of the Rules of the Court of Federal Claims and describes if the AR contains any such documents or analogous documents.

2. Plaintiff shall file with the court and serve on defendant its motion for judgment on the AR on or before Wednesday, April 4, 2007.

3. Defendant shall file with the court its response to plaintiff's motion and its cross-motion for judgment on the AR on or before Wednesday, April 18, 2007.

4. Plaintiff shall file its response to defendant's cross-motion and its reply to defendant's response to plaintiff's motion on or before Wednesday, May 2, 2007.

5. The court will hear oral argument at the National Courts Building, 717 Madison Place NW, Washington, DC 20005 on Tuesday, May 8, 2007 at 2:00 p.m. EDT.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge