IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

| | |
|---|---|
| R&D DYNAMICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Court No. 07-90C<br>(Judge Emily C. Hewitt) |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Delisa M. Sánchez as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

Delisa M. Sánchez
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

Dated: February 14, 2007
Electronically Filed

/s/ Delisa M. Sanchez
DELISA M. SANCHEZ
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-0337
Telecopier: (202) 305-7643

CERTIFICATE OF FILING

I hereby certify that on February 14, 2007, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Delisa M. Sánchez
DELISA M. SANCHEZ