# In the United States Court of Federal Claims

No. 07-90 C
(E-Filed: February 15, 2007)

R&D DYNAMICS CORPORATION

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is defendant's Unopposed Motion for Leave to File Administrative Record on CD-ROM and to Waive Paper Copy (motion). The motion requests that the court waive the requirement of the Rules of the Court of Federal Claims General Order 42A ¶ 5 so that defendant may be excused from delivering a paper copy of the Administrative Record to the court. Motion 1-2. The motion is DENIED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge