# In the United States Court of Federal Claims

No. 07-90 C
(E-Filed: April 18, 2007)

R&D DYNAMICS CORPORATION )
Plaintiff, )
v. )
THE UNITED STATES, )
Defendant. )

ORDER

The court held an informal telephonic status conference on April 17, 2007 with plaintiff's counsel, Mr. William Welch, and defendant's counsel, Ms. Delisa Sanchez. The court accepted defendant's unopposed oral motion for an enlargement of time to submit its response. Defendant's motion for enlargement of time is GRANTED. The following schedule SUPERSEDES the dates contained in the February 18, 2007 scheduling order:

1. Defendant shall file with the court its response to plaintiff's motion and its cross-motion for judgment on the AR on or before Monday, April 23, 2007.

2. Plaintiff shall file its response to defendant's cross-motion and its reply to defendant's response to plaintiff's motion on or before Thursday, May 3, 2007.

3. Defendant shall files its reply to plaintiff's response on or before Thursday, May 10, 2007.

4. The court will hear oral argument at the National Courts Building, 717 Madison Place NW, Washington, DC 20005 on Monday, May 14, 2007 at 2:00 p.m. EDT.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge