# In the United States Court of Federal Claims

No. 07-90 C
(E-Filed: April 24, 2007)

R&D DYNAMICS CORPORATION

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The Clerk of the Court has notified chambers that an Administrative Record has not been properly filed. However, the court understands that copies of the Administrative Record have been distributed to plaintiff and the court. Defendant is directed to file a copy of the Administrative Record with the Clerk.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge