# In the United States Court of Federal Claims

No. 07-90 C
(E-Filed: April 25, 2007)

| | |
|---|---|
| R&D DYNAMICS CORPORATION | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

On April 19, 2007, defendant filed its Index to the Administrative Record (Index) and Defendant's Notice of Filing a Supplement to the Administrative Record (Supplement). The office of the Clerk of Court notified chambers that an Administrative Record (AR) had not been filed and queried whether the Index and Supplement should be filed in the absence of an AR on the record. On April 24, 2007, the court directed defendant to file the AR. Anticipating the filing of the AR, the Index and the Supplement shall remain on the docket. Defendant need not refile its Index and Supplement.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge