# In the United States Court of Federal Claims

No. 07-90 C
(E-Filed: May 10, 2007)

R&D DYNAMICS CORPORATION

Plaintiff,

v.

THE UNITED STATES,

Defendant.

<u>ORDER</u>

At the oral argument to be held on Monday, May 14, 2007, 2:00 PM at the National Courts Building, it is anticipated that plaintiff, followed by defendant, will make opening statements of approximately thirty (30) minutes each, followed by response statements of approximately fifteen (15) minutes each, followed by reply statements of approximately five to ten (5-10) minutes each.

In addition to their other prepared remarks, the parties are requested to address whether the SBIR program is a procurement within the court's bid protest jurisdiction, 28 U.S.C. § 1491(b), with supporting argument and citations to persuasive or binding authority for their positions.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge