# In the United States Court of Federal Claims

No. 07-90 C
(E-Filed: May 14, 2007)

R&D DYNAMICS CORPORATION

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court held oral argument on May 14, 2007, at the National Courts Building. Further to the oral argument, the court orders the following:

1. On or before Wednesday, May 16, 2007, defendant shall supplement the administrative record (AR) with the following:

   a. An affidavit, designated as Tab 31, explaining whether the evaluating panel that evaluated plaintiff's proposal evaluated other proposals for a SBIR Phase II award; and

   b. The document evidencing the SBIR Phase I award to plaintiff, designated as Tab 32.

2. Additionally, on or before Wednesday, May 16, 2007, defendant shall file its certification of the AR pursuant to Rule 52.1(a) of the Rules of the United States Court of Federal Claims.

3. Plaintiff may file on or before Tuesday, May 22, 2007, additional briefing regarding the supplemented AR and other topics suggested by the oral argument. Plaintiff shall include citations to relevant case law and other authorities in support of its arguments.

4. Defendant may file its comments and response to plaintiff's post-argument briefing on or before Friday, May 25, 2007.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge