# In the United States Court of Federal Claims

No. 07-90 C
(E-Filed: May 24, 2007)

R&D DYNAMICS CORPORATION

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is plaintiff's Response in Accordance with Court's Scheduling Order (Response), filed on May 22, 2007. The office of the Clerk of Court has notified chambers that plaintiff's Response does not comply with Rule 11 of the Rules of the United States Court of Federal Claims (RCFC). Pursuant to Rule 11, all filings must be signed by or for the attorney of record. Plaintiff is directed to refile its Response with the signature of the attorney of record.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge