IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

| | |
|---|---|
| R&D DYNAMICS CORPORATION,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Court No. 07-90C<br>(Judge Emily C. Hewitt) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S MAY 22, 2007 POST-ARGUMENT BRIEF

Pursuant to Rule 6.1 of the Rules of this Court, we respectfully request the Court to grant an enlargement of time of 11 calendar days, through and including June 5, 2007, to respond to plaintiff's May 22, 2007 post-argument brief. Our response is currently due today, May 25, 2007. This is our first request for an extension of time. Counsel of record for the Government consulted with counsel for plaintiff, who advised that he does not oppose this request for enlargement of time. Accordingly, plaintiff will not be filing an opposition to our request for enlargement.

Counsel of record completed an initial draft of the Government's response brief this afternoon. Counsel of record's inability to submit a draft for supervisory review prior to this afternoon has deprived our office of an opportunity to adequately provide the requisite supervisory review. In addition, our client agency has not been provided with an opportunity to review and comment upon our proposed draft. This request for an extension of time is to ensure that counsel of record for the government has sufficient time to consult with her supervisor

concerning the substance of our response, seek our client agency's review and obtain supervisory review within our office.

For these reasons, we respectfully request that our motion for extension of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner

DONALD E. KINNER
Assistant Director

/s/ Delisa M. Sanchez

DELISA M. SANCHEZ
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-0337
Fax: (202) 305-7643

Attorneys for Respondent

OF COUNSEL:

DANIEL PANTZER
Associate Counsel
Protest/Litigation Branch
Office of Command Counsel
Headquarters
U.S. Army Materiel Command

May 25, 2007

CERTIFICATE OF FILING

I hereby certify that on this 25th day of May, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S MAY 22, 2007 POST-ARGUMENT BRIEF" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Delisa M. Sánchez
DELISA M. SANCHEZ