# In the United States Court of Federal Claims

No. 07-90 C
(E-Filed: May 29, 2007)

R&D DYNAMICS CORPORATION

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is defendant's Unopposed Motion for an Enlargement of Time Within Which to Respond to Plaintiff's May 22, 2007 Post-Argument Brief (Motion), filed on May 25, 2007. For the reasons contained therein, defendant's Motion is GRANTED. Defendant shall file its brief on or before Tuesday, June 5, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge