#067260

ORIGINAL

IN THE UNITED STATES COURT
OF FEDERAL CLAIMS

FILED
SEP 18 2007
U.S. COURT OF
FEDERAL CLAIMS

R&D DYNAMICS CORPORATION
15 Barber Pond Road
Bloomfield, Connecticut 06002

Plaintiff,

v.

UNITED STATES OF AMERICA

Defendant

No.: 07-90 C
(Judge Hewitt)

**Notice of Appeal to the**
**United States Court of Appeals for the Federal Circuit**

Pursuant to RCFC Rule 58.1 and Fed. R. App. P. Rule 3 and 4, the plaintiff R&D Dynamics Corporation hereby files this Notice of Appeal to the United States Court of Appeals for the Federal Circuit appealing the Court of Federal Claims final order in the above referenced case dated August 31, 2007, denying the plaintiff's motion for summary judgment on the administrative record and granting defendant's motion for summary judgment on the administrative record, pursuant to this Court's opinion dated August 30, 2007.

Respectfully submitted,

William T. Welch
BARTON, BAKER, McMAHON & TOLLE, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, Virginia 22101
(703) 448-1810 - Telephone
(703) 448-3336 - Facsimile
Attorney of Record

Dated: October 17, 2007

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 17, 2007, copies of the foregoing PLAINTIFF'S NOTICE OF APPEAL were sent by U.S. Mail, first class and postage prepaid to counsel for the defendant, Delisa Sanchez, U. S. Department of Justice, Civil Div. - Commercial litigation Br., 1100 L Street, NW, 8th Floor, Washington, DC 20530.